TRINA A. HIGGINS, United States Attorney (7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (15049)
MELINA SHIRALDI, Assistant United States Attorney (13110)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
(801) 524-5682

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>VINT WADE, DONNA WADE, and STEVEN WILLING,<br><br>            Defendants. | **MOTION FOR LEAVE TO DISMISS THE INDICTMENT WITH PREJUDICE**<br><br>Case No. 4:23-cr-00077-DN-DAO<br><br>District Judge David Nuffer<br>Magistrate Judge Daphne A. Oberg |

      The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), hereby moves this Court for leave to dismiss the Indictment[1] with prejudice.

      The reason for dismissal is the culmination of errors in this case. Misidentification of confidential informants, misrepresentations, and erroneous inferences and conclusions derived therefrom are contained in the initial search warrant affidavit signed in December 2022. These errors and misidentifications were repeated in subsequent search warrant affidavits and in

---

[1] Docket no. 1, filed September 27, 2023.

1

conversations with defense counsel. The errors were also unknowingly included in the United States' Response to Motion.[2] The United States became aware of these problems through information provided by defense counsel and the United States' resulting conversations with the investigating agent. After thoroughly reviewing the case, the United States believes it is in the interest of justice to dismiss the Indictment[3] with prejudice.

DATED this 16th day of August, 2024.

                                                Respectfully submitted,

                                                TRINA A. HIGGINS
                                                United States Attorney

                                                */s/ Ruth Hackford-Peer*
                                                RUTH HACKFORD-PEER
                                                Assistant United States Attorney

---

[2] Docket no. 168, filed July 17, 2024.

[3] *Id.*