IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VINT WADE, DONNA WADE, and STEVEN WILLING,<br><br>　　　　　　　Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO DISMISS INDICTMENT WITH PREJUDICE**<br><br>Case No. 4:23-cr-00077-DN-DAO<br><br>District Judge David Nuffer<br>Magistrate Judge Daphne A. Oberg |

　　　　Based on the government's Motion for Leave to Dismiss the Indictment With Prejudice ("Motion"),[1] pursuant to FED. R. CRIM. P. 48(a), and for good cause appearing,

　　　　IT IS HEREBY ORDERED that the government's Motion[2] is GRANTED. Leave is given to the government to dismiss the Indictment[3] and this case with prejudice.

　　　　Signed this August 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 192, filed Aug. 16, 2024.

[2] *Id.*

[3] Docket no. 1, filed Sept. 27, 2023.